**So Ordered.**

**Dated: May 6th, 2019**

Frank L. Kurtz
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br>ASTRIA HEALTH,<br>    Debtor and Debtor In Possession. | Chapter 11<br>Case No. 19-01189-11 |
| IN RE:<br>GLACIER CANYON, LLC,<br>    Debtor and Debtor In Possession. | Chapter 11<br>Case No. 19-01193-11 |
| IN RE:<br>KITCHEN AND BATH FURNISHINGS, LLC,<br>    Debtor and Debtor In Possession. | Chapter 11<br>Case No. 19-01194-11 |

Joint Administration Order — 1

110865323\V-3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

| | |
|---|---|
| IN RE:<br>OXBOW SUMMIT, LLC,<br>    Debtor and Debtor In Possession. | Chapter 11<br>Case No. 19-01195-11 |
| IN RE:<br>SHC HOLDCO, LLC,<br>    Debtor and Debtor In Possession. | Chapter 11<br>Case No. 19-01196-11 |
| IN RE:<br>SHC MEDICAL CENTER - TOPPENISH,<br>    Debtor and Debtor In Possession. | Chapter 11<br>Case No. 19-01190-11 |
| IN RE:<br>SHC MEDICAL CENTER - YAKIMA,<br>    Debtor and Debtor In Possession. | Chapter 11<br>Case No. 19-01192-11 |
| IN RE:<br>SUNNYSIDE COMMUNITY HOSPITAL ASSOCIATION,<br>    Debtor and Debtor In Possession. | Chapter 11<br>Case No. 19-01191-11 |

Joint Administration Order — 2

110865323\V-3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

19-01191-FLK11    Doc 3    Filed 05/06/19    Entered 05/06/19 15:44:23    Pg 2 of 11

| | |
|---|---|
| IN RE:<br>SUNNYSIDE COMMUNITY HOSPITAL HOME MEDICAL SUPPLY, LLC,<br>    Debtor and Debtor In Possession. | Chapter 11<br>Case No. 19-01197-11 |
| IN RE:<br>SUNNYSIDE HOME HEALTH d/b/a ASTRIA HOME HEALTH,<br>    Debtor and Debtor In Possession. | Chapter 11<br>Case No. 19-01198-11 |
| IN RE:<br>SUNNYSIDE PROFESSIONAL SERVICES, LLC,<br>    Debtor and Debtor In Possession. | Chapter 11<br>Case No. 19-01199-11 |
| IN RE:<br>YAKIMA HOME CARE HOLDINGS, LLC,<br>    Debtor and Debtor In Possession. | Chapter 11<br>Case No. 19-01201-11 |
| IN RE:<br>YAKIMA HMA HOME HEALTH, LLC,<br>    Debtor and Debtor In Possession. | Chapter 11<br>Case No. 19-01200-11<br>**ORDER (A) DIRECTING THE JOINT ADMINISTRATION OF THESE CASES, INCLUDING THE USE OF CONSOLIDATED LISTS, AND (B) LIMITING SCOPE OF NOTICE** |

Upon the motion, dated May 6, 2019, of Astria Health, Glacier Canyon, LLC, Kitchen and Bath Furnishings, LLC, SHC Holdco, LLC, SHC Medical Center

Joint Administration Order     3

110865323\V-3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

19-01191-FLK11    Doc 3    Filed 05/06/19    Entered 05/06/19 15:44:23    Pg 3 of 11

– Toppenish, SHC Medical Center – Yakima, Sunnyside Community Hospital Association, Sunnyside Community Hospital Home Medical Supply, LLC, Sunnyside Home Health d/b/a Astria Home Health, Sunnyside Professional Services, LLC, Yakima Home Care Holdings, LLC, Yakima HMA Home Health, LLC, and Oxbow Summit, LLC, the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors"), pursuant to Rules 1015(b), 2002, and 9007 of the Federal Rules of Bankruptcy Procedure and Rules 1015-1(b) and 2002-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Washington, for an order (a) authorizing the joint administration of these Cases for procedural purposes only, including the use of consolidated lists, and that the Court maintain one file and one docket for all of the Cases under the lead case: *In re Astria Health*; and (b) approving a Limited Mailing List and a limited notice procedure (the "Motion"), all as more fully set out in the Motion; and upon consideration of the Declaration of John Gallagher in support of the Motion; it further appearing that the Court has jurisdiction over this matter; and it further appearing that notice of the Motion as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby

110865323\V-3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

19-01191-FLK11    Doc 3    Filed 05/06/19    Entered 05/06/19 15:44:23    Pg 4 of 11

ORDERED that the Motion is granted; and it is further

ORDERED that the above-captioned chapter 11 cases be, and hereby are, consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 19-01189-11, which joint administration shall include the following:

(a) use of a single pleadings docket for administrative matters under the lead case: *In re Astria Health*; and the filing, lodging and docketing of pleadings and orders, where appropriate;

(b) use of a consolidated mailing matrix (or matrixes), and the combining of notices to creditors and other parties-in-interest, where appropriate;

(c) combined scheduling of hearings, where appropriate;

(d) consolidated billing by professionals employed by the estates, subject to review and apportionment of billing should the need arise;

(e) joint and several liability of the Debtors' estates for general administrative expenses that equally benefit all the estates; and

(f) joint handling of other administrative matters that may aid in the expeditious and economical administration of the Debtors' estates; and it is further

110865323\V-3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

19-01191-FLK11    Doc 3    Filed 05/06/19    Entered 05/06/19 15:44:23    Pg 5 of 12

ORDERED that nothing contained in this Order or the Motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases; and it is further

ORDERED that pleadings in these chapter 11 cases shall be required to bear a caption substantially in the form of the caption attached hereto as **Exhibit A**; and it is further

ORDERED that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Astria Health (Case No. 19-01189-11), Glacier Canyon, LLC (Case No. 19-01193-11), Kitchen and Bath Furnishings, LLC (Case No. 19-01194-11), Oxbow Summit, LLC (Case No. 19-01195-11), SHC Holdco, LLC (Case No. 19-01196-11), SHC Medical Center – Toppenish (Case No. 19-01190-11), SHC Medical Center – Yakima (Case No. 19-01192-11), Sunnyside Community Hospital Association (Case No. 19-01191-11), Sunnyside Community Hospital Home Medical Supply, LLC (Case No. 19-01197-11), Sunnyside Home Health (Case No. 19-01198-11), Sunnyside Professional Services, LLC (Case No. 19-01199-11), Yakima Home Care Holdings, LLC (Case No. 19-01201-11), and Yakima HMA Home Health, LLC (Case No. 19-01200-11).
>
> Consult the Docket in Case No. 19-01189-11 for all matters affecting these cases.

and it is further

Joint Administration Order 6

110865323\V-3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

19-01191-FLK11    Doc 3    Filed 05/06/19    Entered 05/06/19 15:44:23    Pg 6 of 12

ORDERED that the following matters (the "<u>Limited Notice Matters</u>") shall be served on a limited service list:

- any proposed use, sale, or lease of property of the estate pursuant to § 363 and Bankruptcy Rules 2002(a)(2), 4001(b), and 6004;

- any proposed debtor in possession financing or use of cash collateral;

- any proposed extension of the Debtors' exclusive time to file a plan of reorganization and solicit acceptance thereof (including, without limitation, the time to file a disclosure statement) pursuant to § 1121 and Bankruptcy Rule 3016;

- any proposed approval of a compromise or settlement of a controversy pursuant to Bankruptcy Rules 2002(a)(3) and 9019 and/or § 363;

- any proposed abandonment or disposition of property of the estate pursuant to § 554 and Bankruptcy Rules 6007(a) or (c);

- any proposed assumption, assumption and assignment or rejection of contracts or leases pursuant to § 365 and Bankruptcy Rule 6006(a) or (c);

- any proposal to prohibit or condition the use, sale or lease of property pursuant to § 363 or Bankruptcy Rule 4001(a);

- any proposed objections to claims pursuant to § 502 or Bankruptcy Rules 3002, 3003 or 3007;

- any verified statement filed by any entity or committee (other than those appointed pursuant to §§ 1102 or 1104) representing more than one creditor pursuant to Bankruptcy Rule 2019(a) and any motion filed in respect thereof pursuant to Bankruptcy Rule 2019(b);

- any proposed application for employment of professionals pursuant to §§ 327, 1103 or 1104 or Bankruptcy Rule 2014;

- any proposed application for compensation or reimbursement of expenses of professionals, pursuant to §§ 328, 329, 330, or 331 and Bankruptcy Rules 2002(a)(6), 2016, 2017, and 6005; except as provided by other orders of this Court;

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

19-01191-FLK11    Doc 3    Filed 05/06/19    Entered 05/06/19 15:44:23    Pg 7 of 11

- a hearing on any other contested matter in this Case that requires notice to all creditors or equity holders pursuant to the Bankruptcy Code, Bankruptcy Rule 9014, or the LBR; and

- all other pleadings, papers, and requests for relief or other order of the Court, except as limited below; and it is further

ORDERED that the Limited Notice Matters include all the "first day" motions filed on or around the Petition Date; and it is further

ORDERED that with respect to the Limited Notice Matters, such matters shall be heard on regular notice served by first-class mail upon only: (a) the Office of the United States Trustee, (b) the creditors appearing on the list filed in accordance with Bankruptcy Rule 1007(d) by the Debtors unless and until a Committee is appointed and it retains counsel, then in such event, to counsel for the Committee, (c) the United States of America, by service to the Attorney General of the United States and the United States Attorney for the Eastern District of Washington, and any department or agency of the United States of America that is affected by the Limited Notice Matter until counsel for the United States makes an appearance on behalf of that department or agency, and, thereafter on that counsel, (d) the State of Washington, by service to the Attorney General of Washington, and any department or agency of the State that is affected by the Limited Notice Matter until counsel for the State makes an appearance on behalf of that department or agency, and thereafter on that counsel, (e) parties that file with the Court and serve upon the Debtors requests for notice of all matters in accordance with Bankruptcy

Joint Administration Order  8

110865323\V-3

19-01191-FLK11   Doc 3   Filed 05/06/19   Entered 05/06/19 15:44:23   Pg 39 of 121

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Rule 2002(i) and who expressly request hard copy service (and absent such request, will receive service electronically, consistent with LBR 2002-1(b)(3)), (f) all secured lenders and lenders providing debtor in possession financing, and (g) any party with a pecuniary interest in the subject matter of the particular Limited Notice Matter or its counsel (collectively, the "<u>Limited Mailing List</u>"); and it is further

ORDERED that, notwithstanding the foregoing, the relief granted herein does not affect the rights of all creditors to receive notice of the following matters or proceedings: (i) the date fixed for filing proofs of claim; (ii) the time fixed for filing objections to any disclosure statement and any hearing to consider approval of any disclosure statement; (iii) the time fixed for accepting, rejecting, or objecting to confirmation of a plan or any modification thereof and the hearing thereon; (iv) the entry of an order confirming a plan; and (v) a hearing regarding the dismissal or conversion of this Case (the "<u>Complete Notice Matters</u>"); and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

///End of Order///

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

PRESENTED BY:

/s/ James L. Day
JAMES L. DAY (WSBA #20474)
BUSH KORNFELD LLP

SAMUEL R. MAIZEL (*Pro Hac Vice* pending)
SAM J. ALBERTS (WSBA #22255)
DENTONS US LLP

*Proposed Attorneys for the Chapter 11
Debtors and Debtors In Possession*

Joint Administration Order 10
110865323\V-3
19-01191-FLK11    Doc 3    Filed 05/06/19    Entered 05/06/19 15:44:23    Pg 10 of 11

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**Exhibit A**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>ASTRIA HEALTH, *et al.*,[1]<br><br>Debtor and Debtor In Possession. | Chapter 11<br><br>Lead Case No.19-01189-11<br><br>Jointly Administered |

---

[1] The Debtors, along with their case numbers, are as follows: Astria Health (19-01189-11), Glacier Canyon, LLC (19-01193-11), Kitchen and Bath Furnishings, LLC (19-01194-11), Oxbow Summit, LLC (19-01195-11), SHS Holdco, LLC (19-01196-11), SHC Medical Center - Toppenish (19-01190-11), SHC Medical Center - Yakima (19-01192-11), Sunnyside Community Hospital Association (19-01191-11), Sunnyside Community Hospital Home Medical Supply, LLC (19-01197-11), Sunnyside Home Health (19-01198-11), Sunnyside Professional Services, LLC (19-01199-11), Yakima Home Care Holdings, LLC (19-01201-11), and Yakima HMA Home Health, LLC (19-01200-11).